### SOLOMON WILLIAMS v. THE STATE.

No. 3617. Decided June 16, 1915.

Assault to Murder—Statement of Facts—Bills of Exception—Ninety Days.

Where the statement of facts and bills of exception were not filed within ninety days after notice of appeal, the court continuing more than eight weeks in session, the same must be stricken out on motion of the State.

Appeal from the Criminal District Court of Harris. Tried below before the Hon. C. W. Robinson.

Appeal from a conviction of assault with intent to murder; penalty, ten years imprisonment in the penitentiary.

The opinion states the case.

*Jno. M. Cobb,* for appellant.

*C. C. McDonald,* Assistant Attorney General, for the State.

·PRENDERGAST, PRESIDING JUDGE.—This appeal is from a conviction for assault with intent to murder.

The term at which appellant was tried convened November 2, 1914, and adjourned January 30, 1915. Therefore the term of court, by law and as a matter of fact, continued more than eight weeks. Appellant was tried and convicted on November 27, 1914. His motion for new trial was overruled December 12, 1914, at which time he gave notice of appeal to this court. The time for filing a statement of facts and bills of exceptions, under any contingency, expired ninety days after December 12, which would be March 12, 1915. The bills of exception were filed May 1, 1915; the statement of facts April 28, 1915. Therefore the· Assistant Attorney General's motion to strike them out must be sustained, both under the express provisions of the statute and the many and uniform decisions of this court. Sec. 7 of the Act of March 31, 1911, p. 266. It is needless to collate the many decisions so holding.

There being nothing that can be reviewed in the absence of a statement of facts and bills of exceptions, the judgment is affirmed.

*Affirmed.*